UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Philip D. Anderson

Plaintiff,

-v-

E.H. Yost & Co., LLC, d/b/a Batteries America and E.H. Yost

Defendant.

Case No. _____

Rule 7.1 Statement

**08 CIV. 1261**

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Philip D. Anderson    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: February 7, 2008

Signature of Attorney

Attorney Bar Code: AM-7101

Form Rule7_1.pdf  SDNY Web 10/2007