UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Philip D. Anderson

    Plaintiff,

v.

E.H. Yost & Co., d/b/a Batteries America and E.H. Yost

    Defendants.

Case No: 08 CIV. 1261 (KMK)(MDF)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for defendants, E.H. Yost & Company, LLC and E.H. Yost, certifies that the following are corporate parents, affiliates and/or subsidiaries of E.H. Yost & Company, LLC or E.H. Yost, which are publicly held: None.

    /s/ John A. Wait
John A. Wait, Esquire (JW 2558)
**FOX ROTHSCHILD LLP**
100 Park Avenue
Suite 1500
New York, NY 10017
(212) 878-7900
(212) 692-0940 (fax)

Of Counsel:
Joseph T. Leone, Esquire
Joseph A. Ranney, Esquire
**DEWITT ROSS & STEVENS, s.c.**
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
(608) 255-8891
(608) 252 9243 (fax)
Attorneys for Defendants:
E.H. Yost & Company, LLC and E.H. Yost

Dated: June 20, 2008

NY1 130071v1 06/20/08