UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

PHILIP D. ANDERSON,

                Plaintiff,

v.

E.H YOST & CO., LLC
d/b/a BATTERIES AMERICA and
E.H. YOST, an individual

                Defendants.

08-cv-1261 (KMK) (MDF)

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Philip D. Anderson and defendants E.H Yost & Co., LLC and E.H. Yost, by and through their respective counsel, hereby stipulate and agree to dismiss their claims against each other with prejudice and without costs.

By: _____
John A. Wait, Esquire
FOX ROTHSCHILD, LLP
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900
**Attorney for Defendants:**
E.H Yost & Co., LLC and E.H. Yost

By: _____
Anthony L. Meola, Esquire
66 Indian Mills Road
New York, NY 10509
**Attorney for Plaintiff:**
Philip D. Anderson

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
7/22/08

NY1 279961v1 07/08/08